FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 6 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:17-CR-00178 JM |
| ) | **FILED UNDER SEAL** |
| v. ) | Violations: |
| ) | |
| ANDREW CURTIS BARNES ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 9, 2015, in the Eastern District of Arkansas, the defendant,

ANDREW CURTIS BARNES,

did knowingly and intentionally distribute approximately 18.0 grams of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about January 19, 2016, in the Eastern District of Arkansas, the defendant,

ANDREW CURTIS BARNES,

did knowingly and intentionally distribute approximately 34.67 grams of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

[End of text. Signature page to follow.]